# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| WILLIE B. SMITH III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-00099-RAH |
| | ) |
| JEFFERSON S. DUNN, | ) |
| Commissioner, Alabama | ) |
| Department of Corrections, | ) |
| | ) |
| and | ) |
| | ) |
| TERRY RAYBON, Warden, | ) |
| Holman Correctional Facility | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' REPORT TO THE COURT

Steve Marshall
*Alabama Attorney General*

Lauren A. Simpson*
*Alabama Assistant Attorney General*
 *Counsel of Record

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
(334) 242-7300
February 4, 2021                        Lauren.Simpson@AlabamaAG.gov

Come now Defendants Jefferson S. Dunn, Commissioner of the Alabama Department of Corrections, and Terry Raybon, Warden of Holman Correctional Facility, and in accordance with the Court's order of February 3, 2021,[1] submit the following report answering the Court's questions.

## I. PPE in the execution chamber

Regarding concerns about the use of PPE (a face mask and face shield) by Smith and the correctional officer tasked with performing the consciousness assessment during Smith's execution:

- Smith will not wear PPE once the execution begins so that his face will be unobscured for the consciousness assessment.

- If the correctional officer conducting the assessment believes that his assessment of the inmate or his ability to communicate is being obstructed by his own PPE, then he may remove his shield and/or mask for the time necessary.

## II. Temperature cutoff

In accordance with the CDC's guidance, the ADOC will adjust the temperature cutoff upward from 100° F to 100.4° F.

---

1. Doc. 8.

1

### III. Administration of temperature checks and COVID-19 rapid tests

Regarding the administration of temperature checks and COVID-19 rapid tests to visitors to Holman Correctional Facility:

- COVID rapid tests will be administered by ADOC medical staff.
- Temperature checks will be administered by correctional officers. In the unlikely event that a second opinion is necessary as to a temperature check, a member of the medical staff will perform a temperature check.

### IV. Illness of Smith or visitors

Regarding illness of Smith or his visitors:

- If Smith has a temperature above 100.4° F, he will still be permitted visitation so long as he is not COVID positive. His visitors will be fully informed of his symptom(s) and will be permitted to make their own decisions as to their health and safety.
- Smith will not be permitted visitation if he tests positive for COVID-19.
- If Smith's visitors fail a temperature or COVID-19 test and are thus prohibited from visiting him in person, the ADOC will make Smith available for visitation by telephone.

### V. Contact visitation

Regarding contact visitation:

- Smith will be permitted contact visitation on the yard to the extent permitted in section VIII of the execution protocol. Smith and all visitors must wear PPE (face masks and face shields) at all times. If visitors are not in direct contact with Smith (e.g., they are not hugging or holding hands), it will be strongly suggested that they maintain social distancing to the extent possible.
- Smith will be permitted a contact visit with his spiritual advisor in accordance with section IX.G.2 of the execution protocol, with the understanding that

both Smith and his spiritual advisor will wear PPE (face masks and face shields).

**VI.  Witnesses**

Smith will be permitted three (3) witnesses of his choosing from the list of his approved witnesses, including his attorneys and his spiritual advisor. There will be a total of five (5) people in the witness room, including a correctional officer and a member of the press.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL OF ALABAMA
BY—

*/s/ Lauren A. Simpson*
Lauren A. Simpson
*Alabama Assistant Attorney General*
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on February 4, 2021, I served a copy of the foregoing upon counsel for the Plaintiff by filing the same via the Court's CM/ECF system, which shall cause the same to be electronically transmitted to: **Spencer J. Hahn** and **John Anthony Palombi**.

    Respectfully submitted,

    Steve Marshall
    *Alabama Attorney General*

    ***/s/ Lauren A. Simpson***
    Lauren A. Simpson
    *Alabama Assistant Attorney General*
    Counsel for Defendants

OF COUNSEL:

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov